IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL GEATCHES                                                         PLAINTIFF

v.                              No. 2:16-CV-02272

DORIS DELPH                                                              DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 32) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Plaintiff's complaint as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 4th day of December, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE